UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JUST FIR DOGS, LLC, CONSTANCE VOGTLIN, AND MARK VOGTLIN,<br><br>Plaintiffs,<br><br>v.<br><br>D.O.G. DEVELOPMENT, LLC, *et al.,*<br><br>Defendants. | Civil No. 09-927 (JRT/JJG)<br><br><br>**ORDER** |

_____

Curtis Smith and Kristine Heebner, **MOSS & BARNETT, PA**, 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for plaintiffs.

William Killion, **FAEGRE & BENSON, LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for defendant D.O.G. Development, LLC.

This matter is before the Court on the parties' stipulation for stay of proceedings pending arbitration filed May 8, 2009 [Docket No. 6].

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the stipulation is hereby approved, and shall constitute the ORDER of this Court.  This lawsuit shall be stayed until further order of this Court.

DATED: May 12, 2009
at Minneapolis, Minnesota.

                                                                                                   s/John R. Tunheim
                                                                                       JOHN R. TUNHEIM
                                                        United States District Judge